IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSE R. GUERRERO-SANCHEZ :

    Plaintiff, : Case No. 3:19cv37

- vs - :

                                      Judge Walter H. Rice

WARDEN, PICKAWAY CORRECTIONAL
INSTITUTION
                                   :

    Defendant.

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.[1]

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Stayed for exhaustion of state remedies.